UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Antoine,

                    Petitioner,              **ORDER**

      -against-                      20 Civ. 5130 (VB)(AEK)

Warden,

                    Respondent.
------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      On November 2, 2020, the Court issued an order that granted Respondent until December 11, 2020, to serve and file opposition papers—the Respondent's second extension of its opposition deadline—with Petitioner to serve and file his reply within 30 days of his receipt of those papers. ECF No. 13. To date, Respondent has neither served and filed opposition papers nor contacted the Court to seek a further extension of time. Accordingly, the Court sua sponte grants Respondent one final extension of time, until **January 8, 2021**, to serve and file opposition papers. Petitioner may serve and file his reply (traverse) no later than 30 days from the date upon which he receives the opposition papers.

      **If Respondent fails either to serve and file opposition papers or to request a further extension of time by the deadline, the Court may deem the Petition unopposed.**

      The Clerk of the Court is directed to mail a copy of this order to Pro Se Petitioner.

Dated: December 18, 2020
       White Plains, New York

                                               **SO ORDERED.**

                                               _____
                                               ANDREW E. KRAUSE
                                               United States Magistrate Judge